```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/14/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
             :
THE BURLINGTON INSURANCE COMPANY,  :
             :
                           Plaintiff,    :        1:20-cv-10381-GHW
             :
         -against-            :        ORDER
             :
PCGNY CORP., SKYLINE RESTORATION INC.,  :
AFFILIATED FM INSURANCE COMPANY, as    :
subrogee of DAYTON BEACH PARK NO.1 CORP.,  :
AMERICAN EMPIRE SURPLUS LINES        :
INSURANCE COMPANY, and NAVIGATORS    :
INSURANCE COMPANY,            :
             :
                           Defendants.  :
             :
-------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

   This action was removed from the Supreme Court of the State of New York, County of New York, on December 9, 2020. Dkt. No. 1. Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed no later than December 23, 2020. Additionally, counsel for Plaintiff is directed to promptly file a notice of appearance in this case. Counsel for Defendants is directed to serve a copy of this order on Plaintiff, and to retain proof of service.

   SO ORDERED.

Dated: December 13, 2020               _____
                                        GREGORY H. WOODS
                                        United States District Judge