Adrian & Associates, LLC

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/4/21

December 30, 2020

**VIA ECF**

The Honorable Gregory H. Woods, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan US Courthouse
500 Pearl Street
New York, New York 10007-1312

**MEMORANDUM ENDORSED**

Re:  The Burlington Insurance Company v. PCGNY Corp., et al.
     Case No.: 1:20-cv-10381

Dear Judge Woods:

On behalf of plaintiff The Burlington Insurance Company, and with the consent of counsel for the defendants who have appeared in this matter, I respectfully request for: (1) an adjournment of the initial telephone conference scheduled at 10:00 a.m. on January 12, 2021; and (2) an extension of time within which to file the proposed Case Management Plan and Scheduling order (due January 5, 2020). This is the first request for adjournment of the initial telephone conference to made in this matter.

The reason for the request is because several defendants were granted an extension of time until January 7, 2021 to file an Answer to the Complaint. The adjournment/ extension will enable the parties to formulate a proposed Case Management Plan and Scheduling order after the Answers are filed, instead of before. The parties are available for a conference on January 25 (after 2pm) or any time on January 26, January 28, or January 29.

Counsel for Plaintiff would be pleased to answer any questions you may have regarding this request.

Respectfully submitted,

*A. Manalaysay*

Anna Karin F. Manalaysay

Enclosure
cc:   All Counsel of Record (via ECF)

Application granted in part and denied in part. The deadline for the parties to submit their case management plan and joint letter is extended to January 8, 2021. However, the January 12, 2021 conference will proceed as scheduled.
SO ORDERED.
Dated:  January 3, 2021

_____
GREGORY H. WOODS
United States District Judge