```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/14/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
:
THE BURLINGTON INSURANCE COMPANY, :
:
                             Plaintiff, :       1:20-cv-10381-GHW
:
                          -v - :       <u>ORDER</u>
:
PCGNY CORP., et al. :
:
                        Defendants. :
:
----------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      On April 13, 2021, PCGNY gave notice that it had filed for bankruptcy. Dkt. No. 40. Consequently, all claims against PCGNY are stayed. *See* 11 U.S.C. § 362(a). The other parties to this action are directed to file a joint letter setting forth their respective positions on the effect of the bankruptcy stay on this case. Those parties are specifically directed to discuss whether this action ought to be stayed entirely or if it should proceed with respect to some claims or issues. The letter is due no later than April 30, 2021.

SO ORDERED.

Dated: April 14, 2021
      New York, New York
                                                             GREGORY H. WOODS
                                                          United States District Judge