```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                     :
   THE BURLINGTON INSURANCE COMPANY,                                 :
                                                                     :
                                      Plaintiff,                     :    1:20-cv-10381-GHW
                                                                     :
                      -against-                                      :    ORDER
                                                                     :
   PCGNY CORP., SKYLINE RESTORATION INC.,                            :
   AFFILIATED FM INSURANCE COMPANY, as                               :
   subrogee of DAYTON BEACH PARK NO.1 CORP.,                         :
   AMERICAN EMPIRE SURPLUS LINES                                     :
   INSURANCE COMPANY, and NAVIGATORS                                 :
   INSURANCE COMPANY,                                                :
                                                                     :
                                      Defendants.                    :
                                                                     :
-------------------------------------------------------------------- X
```

<div style="float:right">
USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: 10/3/2022
</div>

GREGORY H. WOODS, United States District Judge:

As stated on the record during the conference held on October 3, 2022, Plaintiff's request for an extension of the deadlines in the amended case management plan and scheduling plan, Dkt. No. 67, is granted.

All fact discovery shall be completed no later than March 16, 2023. Depositions pursuant to Fed. R. Civ. P. 30, 31 shall be completed by March 16, 2023. Requests to admit pursuant to Fed. R. Civ. P. 36 shall be served by February 13, 2023. All expert discovery shall be completed no later than May 31, 2023. Every party-proponent of a claim (including any counterclaim, cross-claim, or third-party claim) that intends to offer expert testimony in respect of such claim must make the disclosures required by Fed. R. Civ. P. 26(a)(2) by April 17, 2023. Every party-opponent of such claim that intends to offer expert testimony in opposition to such claim must make the disclosures required by Fed. R. Civ. P. 26(a)(2) by May 1, 2023. Motions for summary judgment, if any, shall be filed no later than July 13, 2023. The Court will hold a status conference on June 14, 2023 at 4:00 p.m. A joint letter updating the court on the status of the case shall be filed on ECF by June 7,

2023.

Except as expressly modified by this order, the amended case management plan and scheduling order entered by the Court on April 28, 2022, Dkt. No. 67, remains in full force and effect.

SO ORDERED.

Dated: October 3, 2022
      New York, New York

_____
GREGORY H. WOODS
United States District Judge