USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/14/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                :
THE BURLINGTON INSURANCE COMPANY, :
                                                :
                        Plaintiff, :    1:20-cv-10381-GHW
                                                :
                     -v - :    <u>ORDER</u>
                                                :
PCGNY CORP., SKYLINE RESTORATION :
INC., AFFILIATED FM INSURANCE
COMPANY, *as subrogee of* DAYTON BEACH :
PARK NO.1 CORP., AMERICAN EMPIRE
SURPLUS LINES INSURANCE COMPANY, *and* :
NAVIGATORS INSURANCE COMPANY,
                                                :
                     Defendants. :
                                                :
----------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      As stated on the record during the conference held on October 14, 2022, Plaintiff is granted leave to file a motion to compel with respect to Defendant PCGNY Corp.'s alleged failure to comply with discovery obligations. The deadline for Plaintiff to file and serve its motion to compel is October 24, 2022. Defendant PCGNY Corp.'s opposition is due no later than October 31, 2022. Plaintiff's reply, if any, is due no later than November 3, 2022.

      SO ORDERED.

Dated: October 14, 2022
      New York, New York

                                                      _____
                                                     GREGORY H. WOODS
                                                   United States District Judge