UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE BURLINGTON INSURANCE COMPANY,<br><br>                     Plaintiff,<br><br>-against-<br><br>PCGNY CORP.; SKYLINE RESTORATION INC., AFFILIATED FM INSURANCE COMPANY, as subrogee of DAYTON BEACHPARK NO. 1 CORP.; AMERICAN EMPIRE SURPLUS LINES INSURANCE COMPANY; and NAVIGATORS INSURANCE COMPANY,<br><br>                     Defendants. | 20-CV-10381 (JGLC)<br><br>**NOTICE OF REASSIGNMENT** |

JESSICA G. L. CLARKE, United States District Judge:

      This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates and deadlines shall remain in effect notwithstanding the case's reassignment, including ECF No. 96. **All counsel must familiarize themselves with the Court's Individual Rules and Practices, which are available at https://nysd.uscourts.gov/hon-jessica-g-l-clarke**.

Dated: August 23, 2023
       New York, New York

                                                         SO ORDERED.

                                                      *Jessica Clarke*

                                                      JESSICA G. L. CLARKE
                                                      United States District Judge