**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **The Burlington Insurance Company,**<br>**Plaintiff,**<br>**-against-**<br>**PCGNY Corp., et al.,**<br>**Defendants.** | **1:20-cv-10381 (JGLC) (SDA)**<br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

The Court is in receipt of the letter filed by Charles Wertman ("Attorney Wertman"), counsel for Defendant PCGNY Corp. ("PCGNY") seeking, among other things, an Order relieving his office as counsel for PCGNY. (11/12/26 Letter, ECF No. 186, at 2.) It is hereby ORDERED as follows:

1. No later than November 18, 2026, Attorney Wertman shall serve a copy of this Order on the Trustee in bankruptcy as well as PCGNY's former principal, Dariusz Ciach.
2. Any opposition shall be filed no later than December 2, 2026. The Trustee and Mr. Ciach shall provide any response to the motion to Attorney Wertman who promptly shall file any such response(s) on the ECF docket.
3. Attorney Wertman shall file any reply no later than December 9, 2026.

**SO ORDERED.**

Dated: New York, New York
November 13, 2026

STEWART D. AARON
United States Magistrate Judge